subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 63683.—Fish Schurman Corporation *v.* United States, protest 59/10019 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise in question is "not in fact optical glass but is an article made of a type of glass not provided for in the act," the claim of the plaintiff was sustained.

No. 63684.—Pez Haas, Inc. *v.* United States, protests 59/173, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles in chief value of a cellulose acetate, the claim of the plaintiff was sustained.

No. 63685.—New York Merchandise Co., Inc. *v.* United States, protests 307346–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63686.—Pan American Import Co. *v.* United States, protests 312323–K, etc. (Brownsville).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.